IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PAULINE CIABATTONI                          :

       Plaintiff                             :

      v.                                    : Civil Action No. 04-203 GMS

UNITED STATES OF AMERICA        :

      Defendant                          :

## <u>O R D E R</u>

WHEREAS, on April 4, 2004, this case was removed from the Chancery Court of Delaware;

WHEREAS, on June 7, 2004, the court granted a stipulation staying the proceedings for 120 days;

WHEREAS, on October 8, 2004, the court granted a further stipulation staying the proceedings for an additional 90 days;

WHEREAS, on January 13, 2005, the court granted a final stay of an additional 90 days; ordering that no further extensions shall be granted;

WHEREAS, on May 19, 2005, the court received a joint status report from counsel, in which both parties requested additional time to further pursue negotiations;

IS IS ORDERED THAT:

1.  The parties are granted an additional 180-day stay from the date of this Order;

2.  A further status report is due by November 28, 2005.


Date: May 27,  2005                          /s/ Gregory M. Sleet_____
                                              UNITED STATES DISTRICT JUDGE