IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULINE CIABATTONI | : |
|     Plaintiff | : |
| v. | : Civil Action No. 04-203 GMS |
| UNITED STATES OF AMERICA | : |
|     Defendant | : |

## **O R D E R**

WHEREAS, on April 4, 2004, this case was removed from the Chancery Court of Delaware;

WHEREAS, on May 13, 2005, the government filed a motion to dismiss or, in the alternative, a motion for summary judgment (D.I. 3);

WHEREAS, on June 7, 2004, the court granted a stipulation staying the proceedings for 120 days;

WHEREAS, on October 8, 2004, the court granted a further stipulation staying the proceedings for an additional 90 days;

WHEREAS, on January 13, 2005, the court granted a stay of an additional 90 days;

WHEREAS, on May 19, 2005, the court received a joint status report from counsel, in which both parties requested additional time to further pursue negotiations (D.I. 9);

WHEREAS, on May 27, 2005, the court granted a further stay of 180 days (D.I. 10);

WHEREAS, on January 17, 2006, the court received a letter from the government regarding the stay of the matter.  The government indicated that settlement negotiations had broken down and the case was now ready to proceed (D.I. 12);

IT IS HEREBY ORDERED that:

  Plaintiff is ordered to respond to the government's Motion to Dismiss (D.I. 3) within 10 days of the date of this Order.


February 15, 2006            <u>/s/ Gregory M. Sleet</u>
                  UNITED STATES DISTRICT JUDGE