IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULINE CIABATTONI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 04-203 (GMS) |

## ORDER

AND NOW THE COURT, this \_\_ day of _____, 2006 upon consideration of the United States' Motion to Dismiss and Plaintiff Pauline Ciabattoni's Opposition thereto, does hereby order:

1.   The United States' Motion to Dismiss or, in the alternative, for Summary Judgment is DENIED.

_____
United States District Judge

WLM#65223