IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULINE CIABATTONI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-203 (GMS) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2006, I electronically filed Plaintiff Pauline Ciabattoni's Answering Brief in Opposition to the United States' Motion to Dismiss or, in the alternative, for Summary Judgment, Exhibits A, B, and C, and Proposed Order with the Clerk of the Court using CM/ECF which will send notification of such filing to registered participants. I further certify that on March 2, 2006, I have sent the document by Hand Delivery to:

Colm F. Connolly, Esquire
United States Attorney
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

KLETT ROONEY LIEBER & SCHORLING,
A Professional Corporation

*/s/ Jennifer M. Becnel-Guzzo*
Jennifer M. Becnel-Guzzo (No. 4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
JBecnel@klettrooney.com

WLM#65222