UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULINE CIABATTONI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-203 (GMS) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of the United States' Motion to Dismiss, or, in the Alternative, for Summary Judgment, and all papers filed in support thereof and opposition thereto, it is ORDERED that the United States' Motion is GRANTED and Plaintiff's Complaint is dismissed with prejudice.


_____
United States District Judge