UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULINE CIABATTONI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-203 (GMS) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF SUBSTITUTION OF**
**COUNSEL AND ENTRY OF APPEARANCE**

Notice is hereby given of the appearance of Seth M. Beausang, Assistant United States Attorney for the District of Delaware, in place of Rudolph Contreras, Assistant United States Attorney for the District of Delaware, as the attorney for Defendant, in the above-captioned case.

          COLM F. CONNOLLY
          United States Attorney

By: /s/Seth M. Beausang
     Seth M. Beausang (De. I.D. No. 4071)
     Assistant United States Attorney
     The Nemours Building
     1007 Orange Street, Suite 700
     P. O. Box 2046
     Wilmington, DE 19899-2046
     (302) 573-6277

Dated:   March 13, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that on **March 13, 2006**, I electronically filed a **NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE** with the Clerk of Court using CM/ECF. Notification of such filing will be electronically mailed to the following:

Richard A. Forsten
KLETT ROONEY LIEBER & SCHORLING
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

                                 COLM F. CONNOLLY
                                 United States Attorney


                        By:  /s/ Seth M. Beausang
                           Seth M. Beausang (De. I.D. No. 4071)
                           Assistant United States Attorney
                           The Nemours Building
                           1007 Orange Street, Suite 700
                           P. O. Box 2046
                           Wilmington, DE 19899-2046
                           (302) 572-6277
                           seth.beausang@usdoj.gov