UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULINE CIABATTONI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-203 (GMS) |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

AND NOW THE COURT, this _____ day of _____, 2008, upon consideration of Defendant United States of America's Motion for Reconsideration and Plaintiff Pauline Ciabattoni's Opposition:

IT IS HEREBY ORDERED THAT Defendant United States of America's Motion for Reconsideration is DENIED.

_____
The Honorable Gregory M. Sleet

#1010617-v1