

U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

---

| | |
|---|---|
| *1007 N.Orange Street, Suite 700* | *(302) 573-6277* |
| *P.O. Box 2046* | *FAX (302) 573-6220* |
| *Wilmington, Delaware 19899-2046* | *TTY (302) 573- 6274* |
| | *Toll Free (888) 293-8162* |

September 10, 2008

VIA E-FILING

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE  19801

      Re:    Ciabattoni v. United States, No. 04-203-GMS (D. Del.)

Dear Judge Sleet:

      Enclosed is a proposed Scheduling Order for the Court's consideration.  The undersigned respectfully requests a Rule 16(b) scheduling conference with the Court and counsel for Plaintiff to address any questions or concerns with the proposed Scheduling Order.

      Despite numerous attempts, I have been unable to discuss the enclosed Order with counsel for Plaintiff.

      I thank the Court for its consideration of these matters.

      Respectfully,

      COLM F. CONNOLLY
      United States Attorney

      By:   /s/ Seth M. Beausang
         Seth M. Beausang (I.D. No. 4071)
         Assistant United States Attorney

cc:    Richard A. Forstein, Esq.