

**Richard A. Forsten**
302 552 4230
richard.forsten@bipc.com

The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054
T 302 552 4200
F 302 552 4295
www.buchananingersoll.com

September 11, 2008

**VIA CM/ECF ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

Re:   *Ciabattoni v. United States*
      Case No. 04-203 (GMS)

Your Honor:

Last night, we had an opportunity to discuss with Mr. Beausang the proposed Scheduling Order he submitted yesterday in this matter. As a result of the conversation, the parties have agreed to some modifications to the proposed Scheduling Order, extending the deadlines for expert discovery and case dispositive motions. Accordingly, enclosed is a revised proposed Scheduling Order for Your Honor's consideration.

We are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

Richard A. Forsten (#2543)

RAF/jbg
Enclosure
cc:   Seth M. Beausang, Esquire
      Jennifer M. Becnel-Guzzo, Esquire

#1013169-v1

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC